IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BETTY L. ADAMS : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00670 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| B-WAY CORPORATION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . because Plaintiff cannot prove an essential element of a <u>prima</u> <u>facie</u> case of age discrimination under the ADEA, the Court finds that summary judgment is proper. For this reason, the Court GRANTS Defendant's Motion for Summary Judgment (doc. 15).

10/11/06                                                                                                      James Bonini, Clerk

                                                                                                             s/Kevin Moser
                                                                                                              Kevin Moser
                                                                                                              Deputy Clerk